IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK CONNALLY et al,** | No   C-04-2920 VRW |
| Plaintiffs, | **ORDER** |
| v | |
| **FRANK'S PIER 15 et al,** | |
| Defendants. | |

The parties to this action having informed the court that they have reached a settlement, Doc #14, the clerk is DIRECTED to close the file, vacate all pending dates and terminate all motions. Either party may apply to the court within thirty days to reopen the case or for such further process as may be necessary.

IT IS SO ORDERED.

_/s/ Vaughn Walker_

VAUGHN R WALKER

United States District Chief Judge