1  THOMAS E. FRANKOVICH (State Bar #074414)
   JULIA M. ADAMS (State Bar #230795)
2  THOMAS E. FRANKOVICH
   *A PROFESSIONAL LAW CORPORATION*
3  2806 Van Ness Avenue
   San Francisco, CA   94109
4  Telephone:     415/674-8600
   Facsimile:      415/674-9900
5
   Attorneys for Plaintiffs
6  PATRICK CONNALLY
   and DISABILITY RIGHTS
7  ENFORCEMENT, EDUCATION
   SERVICES: HELPING YOU
8  HELP OTHERS

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12  PATRICK CONNALLY, an individual;  )   **CASE NO. C04-2920 VRW**
    and DISABILITY RIGHTS             )
    ENFORCEMENT, EDUCATION            )
13  SERVICES:HELPING YOU HELP         )   **STIPULATION OF DISMISSAL AND**
    OTHERS, a California public benefit )  ~~[PROPOSED]~~ **ORDER THEREON**
14  corporation,                      )
                                      )
15         Plaintiffs,                )
                                      )
16  v.                                )
                                      )
17  FRANK'S PIER 15; RICHARD J. ISI; and )
    FRANK E. HAWKINS, an individual dba )
18  FRANK'S PIER 15,                  )
                                      )
19         Defendants.                )
    _____    )
20                                    )

21       The parties, by and through their respective counsel, stipulate to dismissal of this action

22  in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the

23  Settlement Agreement and General Release ("Agreement"), each party is to bear its own costs

24  and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction

25  over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375

26  (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement

27  agreements).

28  ///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: January 18, 2006

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By:     /s/ Julia M. Adams
Julia M. Adams
Attorneys for PATRICK CONNALLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS

Dated: January 6, 2006

DeMARTINI & WALKER LLP

By:     /s/ Vincent J. DeMartini
Vincent J. DeMartini
Attorneys for Defendant RICHARD J. ISI

**ORDER**

IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: __January 30_____, 2006

Hon. Vaughn
UNITED S

GRANTED
Judge Vaughn R Walker